Rockingham, )
Nov. 5, 1924. )

### STATE *v.* JOSEPH HASELTON.

COMPLAINT, for illegally transporting intoxicating liquor in violation of Laws 1917, *c.* 147, *s.* 20, as amended by Laws 1919, *c.* 99, *s.* 4. The defendant had theretofore been convicted, under the same section, of illegal possession. This complaint charges him with a second offence. In the superior court he was found guilty of illegal transportation, and the question whether upon these facts he could be found guilty of a second offence was transferred without ruling by *Allen,* J.

*Jeremy R. Waldron,* solicitor, for the state.

*John L. Mitchell,* for the defendant.

*Per Curiam.* The case is governed by *State* v. *Gendron,* 80 N. H. 394. The defendant is guilty of a second offence.

*Case discharged.*